1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Respondent
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12 JESSICA CASTANEDA,                    )
                                         ) No. C 09-3177 MHP
13                 Petitioner,           )
                                         )
14         v.                            ) **STIPULATION TO EXTEND DATES;**
                                         ) **and [PROPOSED] ORDER**
15 ERIC H. HOLDER, JR., United States    )
   Attorney General,                     )
16                                       )
                   Respondent.           )
17 _____)

18     Petitioner, by and through her attorney of record, and Respondent, by and through his attorneys

19 of record, hereby stipulate, subject to the approval of the Court, to the following:

20     1. Petitioner filed this action on or about July 13, 2009, and Respondent was served on

21 September 10, 2009.

22     2. Pursuant to this Court's July 13, 2009 Order Continuing the Case Management Conference,

23 the parties are required to file a joint case management statement on October 19, 2009, and attend

24 a case management conference on October 26, 2009.

25     3. In order to allow sufficient time for Defendants to consider an alternative resolution to this

26 case and/or Answer and prepare a joint case management statement, the parties hereby respectfully

27 ask this Court to extend the dates in the Court's scheduling order as follows:

28

Stipulation for Extension
C 09-3177 MHP

| | |
|---|---|
| Last day to file Respondent's Answer: | November 9, 2009 |
| Last day to file Joint ADR Certification: | November 16, 2009 |
| Last day to file/serve Joint Case Management Statement: | November 23, 2009 |
| Case Management Conference: | December 7, 2009, at 4:00 p.m. |

Date: September 15, 2009        Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
ILA C. DEISS[1]
Assistant United States Attorney
Attorneys for Respondent

/s/
Date: September 15, 2009       TERESA SALAZAR-COSMOS
Attorney for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 9/15/2009

MARILYN H. PATEL
United States District Judge

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Stipulation for Extension
C 09-3177 MHP