UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA CASTANEDA, | No. C 09-03177 MHP |
| Petitioner, | |
| v. | **ORDER** |
| ERIC H. HOLDER, JR., United States Attorney General, | **Re: Defendant's Motion to Dismiss** |
| Respondent. | |

On July 13, 2009, petitioner Jessica Castaneda, an alien currently in removal proceedings, filed a petition for review and request for de novo hearing of the Attorney General's denial of her naturalization application. On November 25, 2009, the court entered a memorandum and order holding that the court could not provide effective relief to petitioner. *See* Docket No. 12 (November 2009 Order). Because a motion to terminate the removal proceedings was imminently pending before the immigration judge, this court temporarily held in abeyance the defendant's instant motion to dismiss and stayed the instant action until such time as the parties reported on the outcome of the motion pending before the immigration judge. *See id.* at 6-7.

On February 2, 2010, the parties filed a joint status report, informing this court that the immigration judge has denied petitioner's motion to terminate the removal proceedings without prejudice, and has set a May 11, 2010, hearing date for the matter. Docket No. 13. As the removal proceedings as scheduled are likely to continue for a number of months, the court declines to

continue holding the instant action in abeyance.  Accordingly, for the reasons set forth in the November 2009 Order, defendant's motion to dismiss the complaint is GRANTED without prejudice to renewal by petitioner should such renewal be warranted by law and desired by petitioner following the conclusion of her removal proceedings.  The instant action is DISMISSED.

IT IS SO ORDERED.

Dated: 2/9/2010

_____
MARILYN HALL PATEL
United States District Court Judge
Northern District of California

2